

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
## MIAMI DIVISION

In re:                                         Case No. 16-10389-AJC

LIZA HAZAN a/k/a ELIZABETH HAZAN,              Chapter 11

   Debtor,

_____/

## NOTICE OF APPEAL

Chris Kosachuk, *pro se,* appeals under 28 U.S.C. § 158(a) to the United States District

Court for the Southern District of Florida from the Order Denying Motion to Dismiss [D.E. 1221],

filed on July 18, 2022, of U.S. Bankruptcy Judge A. Jay Cristol and entered on the docket on July

18, 2022 in this case (the "Order") a copy of which is attached to this Notice of Appeal.

This Notice of Appeal is related to a pending appeal before the Honorable Robert N. Scola,

captioned as, *NLG, LLC, v. Liza Hazan* under case number 18-20186-CIV-SCOLA which is an

appeal of the Discharge Order in this same bankruptcy.

This Notice of Appeal is related to a pending appeal before the Honorable Robert N. Scola,

captioned as, *Kosachuk, v. Liza Hazan* under case number 22-21485-CIV-SCOLA which is an

appeal of the Order Denying Motion to Compel Post Confirmation Quarterly Operating Reports

in this same bankruptcy.

This Notice of Appeal is related to a pending appeal before the Honorable Robert N. Scola,

captioned as, *Kosachuk, v. Liza Hazan* under case number 22-22071-CIV-SCOLA which is an

appeal of the Order Granting Liza Hazan's Expedited Motion for Contempt, to Strike Lis Pendens

and To Impose Sanctions in this same bankruptcy.

Page 1 of 6

In appealing from this Order, Mr. Kosachuk appeals from all orders and decisions antecedent and ancillary thereto, including all interlocutory judgments, decrees, rulings, reports, recommendations and opinions that merged into and became part of the Order, that shaped the Order, that are related to the Order and upon which the Order is based.

The names of all parties to the judgment, order or decree appealed from and the names, addresses, and telephone numbers of their respective attorneys are as follows:

**Part 1. Identify the appellant:**

1.  Name of Appellant:  Chris Kosachuk

2.  Position of Appellant: Interested Party

**Appellant: Chris Kosachuk**                      **Attorneys**

Chris Kosachuk                                     Chris Kosachuk
854 Pheasant Run Road                              Pro Se Appellant
West Chester, PA 19382                             854 Pheasant Run Road
                                                   West Chester, PA 19382

**PART 2. Identify the subject of this appeal:**

1.  Describe the judgment, order or decree appealed from:

Order Denying Motion to Dismiss [D.E. 1221].

2.  State the date on which the Order was entered on the docket: July 18, 2022

**PART 3: Identify the other parties to the appeal**

**Party: Debtor/Appellee**

Liza Hazan a/k/a Elizabeth Hazan
6913 Valencia Drive
Fisher Island, FL 33109

**Attorney**

Joe M. Grant
MARSHALL SOCARRAS GRANT, P.L.
197 South Federal Highway, Suite 300
Boca Raton, FL 33432
Telephone No. 561-361-1000
Facsimile No. 561-672-7581
Email: jgrant@msglaw.com

David W. Langley
LAW OFFICES OF DAVID W. LANGLEY
8551 W. Sunrise Blvd.
Suite 303
Fort Lauderdale, FL 33322
Telephone No. 954-356-0450
Fax No. 954-356-0451
Email: dave@flalawyer.com

**Party: Debtor/Appellee**

**Attorney**

Daniel A. Bushell
BUSHELL LAW, P.A.
6400 North Andrews Avenue, Suite 505
Fort Lauderdale, Florida 33309
Phone: 954-666-0220
dan@bushellappellatelaw.com

JOEL M. ARESTY, P.A.
309 1st Ave S
Tierra Verde FL 33715
Tel 305--904--1903
Fax 800--559--1870
E--mail Aresty@Mac.com

July 18, 2022.

Respectfully submitted,

**CHRIS KOSACHUK**
*Pro Se Appellant*
854 Pheasant Run Rd
West Chester, PA 19382-8144
(305) 490-5700
chriskosachuk@gmail.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 18ᵗʰ day of July 2022 a true and correct copy of foregoing

was mailed via first-class mail postage prepaid to the Clerk of Court for electronic filing, which

will electronically serve a copy of the foregoing document on all parties of record

Respectfully submitted,

**CHRIS KOSACHUK**
*Pro Se Appellant*
854 Pheasant Run Rd
West Chester, PA 19382-8144
(305) 490-5700
chriskosachuk@gmail.com

## SERVICE LIST

*Served via CM/ECF or Email*

All parties of record



**ORDERED in the Southern District of Florida on July 18, 2022.**

A. Jay Cristol, Judge
United States Bankruptcy Court

---

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA

In re:

LIZA HAZAN,                                      CASE NO. 16-10389-AJC
a/k/a ELIZABETH HAZAN

        Debtor.                               CHAPTER 11

_____/

### ORDER DENYING MOTION TO DISMISS AND MOTION TO STRIKE THE MOTION TO DISMISS

THIS CAUSE came before the Court for hearing upon the Motion to Dismiss Case with

Prejudice filed by Chris Kosachuk and the motion to strike the motion to dismiss filed by the Debtor.  The

Court having reviewed both motions and for the reasons stated on the record at the hearing, it is

ORDERED AND ADJUDGED that the Motion to Dismiss Case with Prejudice filed by Chris

Kosachuk (ECF 1161) and Liza Hazan's Motion to Strike the Motion to Dismiss Case with Prejudice

(ECF 1169) are DENIED.

###

Copies furnished by Clerk of Court to:
David Langley, Esq.
Joel Aresty, Esq.
Heather Reis, Esq.

Page 5 of 6

Adisley Cortez-Rodriguez, Esq.
Steven Schneiderman, Esq.
Chris Kosachuk
Jessica Kopas, Esq.
Rebecca Casamayor, Esq.