# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

## Case No. 22-cv-22351-GAYLES

**CHRIS KOSACHUK**,

      Plaintiff,

v.

**LIZA HAZAN**,

      Defendant.

_____/

## <u>ORDER OF TRANSFER</u>

      **GOOD CAUSE** appearing that a transfer of this cause is appropriate pursuant to S.D. Fla. L.R. 3.8 (citing §2.15.00 of the Court's Internal Operating Procedures), due to the earlier-filed case 22-cv-21485-RNS, and subject to the consent of the Honorable Robert N. Scola, it is

      **ORDERED AND ADJUDGED** that the above styled cause is hereby transferred to the Honorable Robert N. Scola for all further proceedings.

      **DONE AND ORDERED** in Chambers at Miami, Florida, this 28th day of July 2022.

_____
DARRIN P. GAYLES
UNITED STATES DISTRICT JUDGE

After reviewing the Court file in the above styled cause, the undersigned hereby accepts the transfer of this action. Therefore, it is

**ORDERED AND ADJUDGED** that all proceedings hereinafter shall bear Case No. 22-cv-22351-RNS, thereby indicating the judge to whom all pleadings should be routed.

**THE FOREGOING** transfer is herewith accepted this 28th day of July 2022.

ROBERT N. SCOLA
UNITED STATES DISTRICT JUDGE